```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

TYRONE PERRY,

Defendant.

1:25-cr-00190-MKV

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the parties shall appear before the Court for a hearing on May 5, 2025 at 2:00 p.m. The hearing will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007.

IT IS FURTHER ORDERED that, or before April 29, 2025 the parties shall file a joint letter advising the Court of the status of this case.

**SO ORDERED.**

Date: **April 25, 2025**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**