USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:_____
DATE FILED: 5/14/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

TYRONE PERRY,

Defendant.

---

1:25-cr-00190-MKV

**SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court held an arraignment and status conference in this case on May 13, 2025. During the conference, the Court issued several orders. The parties are directed to minute entry filed on May 13, 2025, for the scheduling of the next conference and exclusion of time. Additionally, IT IS HEREBY ORDERED that Defendant shall promptly file a letter on the docket confirming that he intends to withdraw all improperly filed *pro se* motions.

IT IS FURTHER ORDERED that, on or before July 31, 2025, Defendant shall advise the Court whether he intends to file any motions.

IT IS FURTHER ORDERED that, if Defendant intends to file motions, they shall be filed on or before August 29, 2025.

For the reasons set forth more fully on the record at the Conference, the Court finds that no condition or combination of conditions will reasonably assure the appearance of the Defendant, or the safety of the community as required under 18 U.S.C § 3142. Accordingly, Defendant's bail application is DENIED.

**SO ORDERED.**

Date: May 14, 2025
New York, NY

MARY KAY VYSKOCIL
United States District Judge