

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

October 22, 2025

**By ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2025
```

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

    Re:   *United States v. Tyrone Perry*, 25 CR 190 (MKV)

Dear Judge Vyskocil,

    The Government respectfully writes with the consent of the defendant and in anticipation of the forthcoming adjournment of the conference on October 28, 2025 at 2:00 PM to request respectfully that the Court exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) from October 28, 2025 through November 20, 2025, the contemplated adjournment date, or whenever thereafter the conference is rescheduled, on the basis that the interest of the defendant and the public in a speedy trial is outweighed here by the interest of the defendant in having the opportunity to review further the discovery disclosed to date and in light of that discovery to consider any possible pretrial disposition.

    Respectfully submitted,

    JAY CLAYTON
    United States Attorney

By: /s/ Thomas John Wright
    Thomas John Wright
    Assistant United States Attorney
    (212) 637-2295

cc: Jessica A. Masella (Counsel to Defendant Tyrone Perry) (by ECF)

---

GRANTED.  Accordingly, on consent of the parties, time is excluded from October 28, 2025 to November 20, 2025 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

SO ORDERED.

Date: 10/23/2025
New York, New York

/s/ Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge