

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jessica Ann Masella
Jessica.Masella@us.dlapiper.com
T   212.335.4829

April 20, 2026

VIA ECF

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2026

**Re:    United States v. Tyrone Perry, 25 Cr. 190 (MKV)**

Dear Judge Vyskocil,

    I represent Tyrone Perry, the defendant. I am writing to respectfully request a two-day extension of time to file our sentencing submission. The deadline for Mr. Perry's sentencing submission is currently tomorrow, April 21, 2026.  Mr. Perry's sentencing is currently scheduled for May 5, 2026, at 11:00 a.m.

    On April 17, 2026, I finished a one-week civil trial in this District.  In addition to my trial schedule, I recently learned that Mr. Perry has not yet received a copy of his Presentence Investigation Report, despite two attempts (beginning 6 weeks ago) to deliver such to him at the Metropolitan Detention Center (the "MDC") through legal mail.  Therefore, we would like to ensure we have adequate time to review his Presentence Investigation Report and sentencing submission in person, before the Court's deadline.  Now that my trial has completed, I anticipate that I can visit with him in person at the MDC to review the sentencing materials.

    Accordingly, I respectfully request a two-day extension to Thursday, April 23, 2026. I have spoken to AUSA Thomas Wright, and he indicated that the government does not object to this request.

Very truly yours,

DLA Piper LLP (US)

/s/ *Jessica A. Masella*
Jessica A. Masella
Partner

*Counsel for Defendant Tyrone Perry*

**Granted. SO ORDERED.**

Date: 4/20/2026
New York, New York

Mary Kay Vyskocil
United States District Judge